[No. 34765-9-I.   Division One.   July 31, 1995.]

RAY ZANDER, ET AL., *Appellants*, v. WESTERN SERVICES, INC., *Defendant*, THE CITY OF NOOKSACK, ET AL., *Respondents*, JOHN VAN DALEN, ET AL., *Defendants, and* WHATCOM COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-01253-5, Michael F. Moynihan, J., entered October 8, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Coleman, J.

[No. 34768-3-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL L. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00733-3, Kathryn E. Trumbull, J., entered May 27, 1994. *Reversed* by unpublished per curiam opinion. Now published at 79 Wn. App. 7.

[No. 34873-6-I.   Division One.   July 31, 1995.]

JEFFREY VAN HORN, ET AL., *Appellants*, v. SCOTT D. SHAW, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-07130-1, Paul D. Hansen, J., entered June 29, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Agid, JJ.